CARL HEDSTROM, Plaintiff, Respondent, *v.* ALBERT KAHN and WALTER KAHN, Copartners, Doing Business under the Firm Name and Style of ALBERT KAHN & COMPANY, Defendants, Appellants.

Supreme Court, Appellate Term, First Department, June 27, 1924.

Bills and notes — action on note — note given to induce plaintiff to sign composition agreement is void — complaint dismissed.

A note given to plaintiff to induce the signing of a composition agreement with the intent and purpose of giving the plaintiff a benefit over other creditors who also signed the agreement is fraudulent and void in its inception and, therefore, the complaint in an action on the note should be dismissed.

APPEAL by defendants from a judgment of the Municipal Court of the city of New York, borough of Manhattan, sixth district, in favor of plaintiff.

*Alfred B. Nathan,* for the appellants.

*Bernard J. Becker* (*Aaron G. Mintz,* of counsel), for the respondent.

*Per Curiam.* The evidence convincingly establishes that the note in suit was given to induce plaintiff to sign the composition agreement which he had theretofore refused to sign, and that the intent and purpose of the giving of the note was to collusively give plaintiff a benefit over other creditors who, with him, signed the composition agreement. The note was, therefore, in its inception fraudulent and void. See *White* v. *Kuntz,* 107 N. Y. 518, 525.

Judgment reversed, with thirty dollars costs, and complaint dismissed on the merits, with costs.

All concur; present, GUY, GAVEGAN and MITCHELL, JJ.

Judgment reversed and complaint dismissed.